**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-7186**

———————

SVEN PATRICK TRUMAN,

                                  Petitioner - Appellant,

        versus

JOSEPH M. BROOKS,

                                  Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, District Judge.  (CA-03-841-2)

———————

Submitted:  December 15, 2004      Decided:  January 25, 2005

———————

Before WILKINSON, LUTTIG, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Sven Patrick Truman, Appellant Pro Se.  Anita K. Henry, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sven Patrick Truman, a federal prisoner, appeals the district court's orders: (1) accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000); and (2) denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Truman v. Brooks, No. CA-03-841-2 (E.D. Va. June 2, 2004, and July 13, 2004). We grant Truman's motion to supplement his informal brief and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED